IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| NOBLE SHEKHEM DAAWUUD EL AMEN RA BEY, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | No. 3:11-mc-0044 |
| ZURICH NORTH AMERICA INS. et al., | ) ) ) | Judge Trauger |
| Defendants. | ) | |

**ORDER**

Before the Court is a Complaint submitted by Noble Shekhem Daawuud El Amen Ra Bey. (ECF No. 1.) The Complaint, however, is not accompanied either by the requisite $350 filing fee or an Application to Proceed *In Forma Pauperis*. Pursuant to 28 U.S.C. § 1915(a)(1), the Court may authorize the commencement of a civil lawsuit without prepayment of the filing fee only if the complaint is accompanied by an affidavit including a statement of the assets the plaintiff possesses and a statement that the plaintiff is unable to pay the fees or give security therefor.

Accordingly, the Clerk is **DIRECTED** to send the plaintiff a blank Application to Proceed *In Forma Pauperis* with Supporting Documentation. The plaintiff, in turn, is directed to do one of the following within thirty days of the date he receives this Order: (1) pay the full $350.00 filing fee; ***or*** (2) complete the application to proceed *in forma pauperis*, and return the properly completed application to the district court.

The plaintiff is forewarned that if he does not comply with this Order within the time frame specified, this action will be dismissed for failure to prosecute.

It is so **ORDERED**.

_____
Aleta A. Trauger
United States District Judge